# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**NORMAN TEMPLIN,**

        Plaintiff,

  -vs-                                    **Case No. 06-C-548**

**HOUSING AUTHORITY OF THE CITY OF MILWAUKEE,**

        Defendant.

## DECISION AND ORDER

This matter is currently scheduled for a one-day trial on July 19, 2007, and a final pretrial conference is set for Friday, July 6. However, Norman Templin ("Templin") moved to dismiss this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). The defendant does not oppose Templin's motion.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**:

1.     Templin's motion to dismiss [Docket No. 50] is **GRANTED**; and

2.     This matter is **DISMISSED** without prejudice.

Dated at Milwaukee, Wisconsin, this 2nd day of July, 2007.

**SO ORDERED,**

s/ Rudolph T. Randa
**HON. RUDOLPH T. RANDA**
**Chief Judge**